Michael D. McGranahan
Trustee in Bankruptcy
P.O. Box 5018
Modesto, CA 95352
Phone: 209-524-1782
Email: michaelmcg@pacbell.net

FILED
OCT 22 2009
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

# THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### MODESTO DIVISION

In re:

JOSE ISIDORO VALE, JR.

Debtor.

Case No.: 06-90315

DC NO.:

Chapter 7

## TURNOVER OF UNCLAIMED DIVIDEND(S)

TO THE CLERK, U. S. BANKRUPTCY COURT:

1. Please find submitted herewith check(s) 1012, 1013 & 1014, representing unclaimed dividend(s) in the above-entitled estate. These sums are being paid over pursuant to 11 U.S.C. Section 347(a) and Bankruptcy Rule 3001. The name(s) and address(es) of the claimant(s) entitled to the unclaimed dividend(s) is (are) as follows:

| CLAIM NO: | NAME AND ADDRESS OF CLAIMANT | AMOUNT OF CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 4 | RA Furniture<br>726 E Broadway Road<br>Mesa, AZ 85204 | $1135.80 | $1312.88 |

TURNOVER OF UNCLAIMED DIVIDENDS. . .        1

| CLAIM NO: | NAME AND ADDRESS OF CLAIMANT | AMOUNT OF CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 8 | The CEB Group Inc<br>PO Box 900<br>Waterloo IA 50704-0900 | $219.00 | $253.14 |
| N/A | Jose Isidoro Vale, Jr.<br>3748 Patterson Road<br>Riverbank, CA 95367 | $1571.56 | $1571.56 |

The total of unclaimed dividends is $3,137.58.

Dated: October 8, 2009

/s/Michael D. McGranahan
Michael D. McGranahan
Trustee in Bankruptcy